IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARIO TORRES** **PLAINTIFF**
**ADC #131838**

V. NO: 4:16CV00397 JLH

**STATE OF ARKANSAS** **DEFENDANT**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE